# Return

| Case No.: MJ20-5019 | Date and time warrant executed: 2/12/2020 12:59pm | Copy of warrant and inventory left with: Facebook.com Law Enforcement Response Team |
|---|---|---|

Inventory made in the presence of:
Facebook.com Law Enforcement Response Team

Inventory of the property taken and name of any person(s) seized:

Records and media from the following Facebook.com accounts placed on one Apricorn FIPS 140-2 black external hard drive, serial number 107100003863, VA-OIG bar code 50-13432:

- https://www.facebook.com/groups/166504783699335
- https://www.facebook.com/PamSuterMcMains
- https://www.facebook.com/jewels.pics
- https://www.facebook.com/CenterPointEatonville
- https://www.facebook.com/philip.genz.5
- https://www.facebook.com/kevinmcmains
- https://www.facebook.com/angiegenz
- https://www.facebook.com/profile.php?id=100008763150849

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/18/2020

*Theresa L. Fricke*
**U.S. Magistrate Judge**
3-19-2020

_____
*Executing officer's signature*

*Joseph McGivern, Special Agent*
*Printed name and title*